| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **RFA Frontino LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4812808** |

| | | |
| --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**350 National Blvd., Suite 2B**
**Long Beach, NY 11561**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Nassau**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **www.rfafrontino.com** |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **RFA Frontino LLC**                                Case number (*if known*) _____
         Name

| 7. | Describe debtor's business | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor      **RFA Frontino LLC**                                          Case number *(if known)* _____
            Name

**11. Why is the case filed in** *Check all that apply:*
    **this district?**

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ **No**
    **have possession of any**
    **real property or personal**    ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                    **Why does the property need immediate attention?** *(Check all that apply.)*

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard?  _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.   Insurance agency   _____

                                             Contact name       _____

                                             Phone              _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
    **available funds**

                 ■ Funds will be available for distribution to unsecured creditors.

                 ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☐ 1-49                      ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**              ☐ 50-99                     ☐ 5001-10,000              ☐ 50,001-100,000
                               ■ 100-199                   ☐ 10,001-25,000            ☐ More than100,000
                               ☐ 200-999

**15. Estimated Assets**       ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **RFA Frontino LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2020**
                 MM / DD / YYYY

**X** **/s/ Anthony Frontino**                                **Anthony Frontino**
Signature of authorized representative of debtor          Printed name

Title    **Vice President**

---

**18. Signature of attorney**

**X** **/s/ Scott A. Steinberg, Esq.**                Date **December 23, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Scott A. Steinberg, Esq. 1838218**
Printed name

**Meltzer, Lippe, Goldstein & Breitstone, LLP**
Firm name

**190 Willis Avenue**
**Mineola, NY 11501**
Number, Street, City, State & ZIP Code

Contact phone   **516-747-0300**       Email address   **ssteinberg@meltzerlippe.com**

**1838218 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **RFA Frontino LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration      **Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 23, 2020**        X **/s/ Anthony Frontino**
                                           Signature of individual signing on behalf of debtor

                                           **Anthony Frontino**
                                           Printed name

                                           **Vice President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RFA Frontino LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Plus Plumbing Corp. 141 Seaview Avenue Staten Island, NY 10304 | | 168 Plymouth Street  Plumbing and Sprinker | | | | $144,450.00 |
| A&S Steel Contractors Ltd 387 Saw Mill River Road Yonkers, NY 10701 | | 168 Plymouth Street  Misc. Metal | | | | $71,250.00 |
| Aircraft Air Conditioning 237 58th Street Brooklyn, NY 11220 | | 168 Plymouth Street  HVAC | | | | $255,150.00 |
| Arsenal Scaffold Inc. 95 Jersey Street West Babylon, NY 11704 | | 168 Plymouth Street Scaffolding | | | | $36,000.00 |
| Construction Safety Netwo 998 Old Country Road #401 Plainview, NY 11803 | | McNulty  Vendor | | | | $34,920.00 |
| Core Mechanical 27622 Commerce Oaks Drive Oak Ridge North, TX 77385 | | 168 Plymouth Street General Expense | | | | $33,790.00 |
| Empire State Electrical 430 3rd Avenue Brooklyn, NY 11215 | | 168 Plymouth Street  Electrical | | | | $42,930.00 |
| Ennish Construction 147 W. 35th Street New York, NY 10001 | | 168 Plymouth Street  Carpentry | | | | $396,833.00 |

Debtor **RFA Frontino LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Illuminico** 1185 6th Avenue Floor 3 New York, NY 10036 | | 168 Plymouth Street Light Fixtures | | | | $49,580.00 |
| **Jersey Granite & Tile LLC** 234 Boundary Road #4 Marlboro, NJ 07746 | | 168 Plymouth Street Stone and Tile | | | | $92,588.00 |
| **Kilroy Architectural** 425 Austin Place Bronx, NY 10455 | | 168 Plymouth Street Factory Style Windows | | | | $61,646.00 |
| **KNS Buildling Restoration** 59-29 55th Street Flushing, NY 11378 | | 168 Plymouth Street Roofing | | | | $100,148.00 |
| **L.I.F. Security** 5 Harbor Park Drive Port Washington, NY 11050 | | | | | | $30,761.00 |
| **Maspeth Welding Inc.** 59-30 54th Street Maspeth, NY 11378 | | | | | | $61,662.00 |
| **Mode Unlimited** 1133 McDonald Avenue Brooklyn, NY 11230 | | 168 Plymouth Street Curtain Wall | | | | $101,816.00 |
| **Pasenti Concrete** 1407 Kings Highway #219 Sugar Loaf, NY 10981 | | | | | | $48,131.00 |
| **Priority NY Inc** 1428 Midland Avenue Suite 2 & 3 Bronxville, NY 10708 | | 142 Watts Street Carpentry | | | | $49,950.00 |
| **Rock Group** 53-28 11th Street Long Island City, NY 11101 | | 168 Plymouth Street Scaffolding | Contingent | | | $124,774.00 |
| **Roof Services** 48 West Jefryn Boulevard Deer Park, NY 11729 | | 142 Watts Street Roofing | | | | $29,887.00 |
| **Select Interiors** 580 5th Avenue New York, NY 10036 | | | | | | $31,504.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **RFA Frontino LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................   $        0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................   $        5,454,152.41

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................   $        5,454,152.41

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $        353,000.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $        0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$        2,155,159.00

4.   Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b          $        2,508,159.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **RFA Frontino LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase Bank, N.A. | Checking Account | 8807 | $1,485,501.00 |
| 3.2. | JPMorgan Chase Bank, N.A. | Subholding Account | 3071 | $868,873.00 |
| 3.3. | JPMorgan Chase Bank, N.A. | Payroll Account | 8815 | $1,703.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $2,356,077.00 |
    | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor __**RFA Frontino LLC**__  Case number *(If known)* _____
        Name

8.1. __**General Liability Insurance**__                              $38,496.00

9.  **Total of Part 2.**                                             $38,496.00
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     297,217.88      -      0.00    = ....      $297,217.88
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:      74,942.54      -      0.00    = ....       $74,942.54
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:     296,806.39      -      0.00    = ....      $296,806.39
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:   2,350,987.03      -      0.00    = ....    $2,350,987.03
                         face amount              doubtful or uncollectible accounts

11b. Over 90 days old:         26,368.07      -      0.00    =....        $26,368.07
                         face amount              doubtful or uncollectible accounts

11b. Over 90 days old:          2,257.50      -      0.00    =....         $2,257.50
                         face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                         $3,048,579.41
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Debtor    **RFA Frontino LLC**_____    Case number *(If known)* _____
　　　　　　　Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**　**Office furniture** | | | |
| **40.**　**Office fixtures** | | | |
| **41.**　**Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 　　　**Six (6) Surface Laptops** | **$0.00** | | **$2,500.00** |

| | | |
|---|---|---|
| **42.**　**Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

**43.**　**Total of Part 7.**　　　　　　　　　　　　　　　　　　　　　　　　　**$2,500.00**
　　　Add lines 39 through 42.  Copy the total to line 86.

**44.**　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　■ No
　　　☐ Yes

**45.**　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**　**Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**　**Aircraft and accessories** | | | |
| **50.**　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

| Debtor | **RFA Frontino LLC** | | Case number *(If known)* | |
|--------|---------------------|---|----------------------|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Sidewalk barriers | $0.00 | | $6,000.00 |
| Assorted Tools | $0.00 | | $2,500.00 |

**51.** **Total of Part 8.** | | $8,500.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** Website: www.rfafrontino.com | $0.00 | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.** | | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **RFA Frontino LLC**    Case number *(If known)* _____
          Name

■ No
☐ Yes

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor     **RFA Frontino LLC**                                      Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,356,077.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $38,496.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,048,579.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,454,152.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,454,152.41 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **RFA Frontino LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **JPMorgan Chase Bank** | Describe debtor's property that is subject to a lien | $203,000.00 | $203,000.00 |
|---|---|---|---|---|

Creditor's Name

**82 Seventh Street**
**Garden City, NY 11530**

Creditor's mailing address

**Line of Credit**

Describe the lien
**Accounts, Accounts receivable**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9002**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **SBA** | Describe debtor's property that is subject to a lien | $150,000.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**26 Federal Plaza**
**#1300**
**New York, NY 10278**

Creditor's mailing address

**EIDL Loan**

Describe the lien
**Accounts, Accounts receivable**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8108**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **RFA Frontino LLC**
_____    Case number (if known) _____
Name

☑ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

_____

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $353,000.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **RFA Frontino LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**IRS**<br>**290 Broadway**<br>**New York, NY 10007** | **Unknown** | **Unknown** |

|  |  |
|---|---|
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Tax Liability - Payroll Taxes** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1-800 Mr. Rubbish**<br>**1033 86th Street**<br>**Brooklyn, NY 11228** | **Unknown** |

| | |
|---|---|
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **168 Plymouth Street**<br>**Vendor**<br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>**A Plus Plumbing Corp.**<br>**141 Seaview Avenue**<br>**Staten Island, NY 10304** | **$144,450.00** |

| | |
|---|---|
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **168 Plymouth Street**<br>**Plumbing and Sprinker**<br>Is the claim subject to offset? ☑ No ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     56203     Best Case Bankruptcy

| Debtor | **RFA Frontino LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | **$2,537.00**

**A Plus Plumbing Corp.**
**141 Seaview Avenue**
**Staten Island, NY 10304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  142 Watts Street
 Sprinkler

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | **$71,250.00**

**A&S Steel Contractors Ltd**
**387 Saw Mill River Road**
**Yonkers, NY 10701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  168 Plymouth Street
 Misc. Metal

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | **$817.00**

**Able Fire Prevention Corp**
**241 West 26th Street**
**2nd Floor**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  168 Plymouth Street
 Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | **Unknown**

**Able Fire Prevention Corp**
**241 West 26th Street**
**2nd Floor**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  142 Watts Street
Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | **$216.00**

**Able Fire Prevention Corp**
**241 West 26th Street**
**2nd Floor**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  McNulty
Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | **$2,944.00**

**ACON Construction Inc**
**28-90 Review Avenue**
**Long Island City, NY 11101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  McNulty
Foundations and Concrete

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ACON Construction Inc**
**28-90 Review Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **McNulty**
**Masonry**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Adler Windows**
**350 7th Avenue**
**#1103**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **142 Watts Street**
**Double Hung Windows**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**ADP**
**40 West 25th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **General Expenses**
**Payroll Processing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AFS / IBEX**
**750 N Saint Paul St.**
**Suite 1500**
**Dallas, TX 75201-3210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Air Exchange and Energy**
**169 Oakdene Avenue**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1270 Avenue of the Americas**
**HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255,150.00** |
|---|---|---|---|

**Aircraft Air Conditioning**
**237 58th Street**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **168 Plymouth Street**
**HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aircraft Air Conditioning**
**237 58th Street**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **McNulty**
**HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,302.00** |
|---|---|---|---|

**American Elite Constructi**
**120 Lave Avenue South**
**Suite 21**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **168 Plymouth Street Fireproofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,219.00** |
|---|---|---|---|

**American Elite Constructi**
**120 Lave Avenue South**
**Suite 21**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **142 Watts Street Fireproofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,727.00** |
|---|---|---|---|

**American Express**
**WFC**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **General Expenses Credit card purchases**

Last 4 digits of account number _ **2007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Spray-On Corp**
**5 Hanover Square**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **McNulty Fireproofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Americsan GPR**
**12-11 38th Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **168 Plymouth Street Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Architectual Iron Company**
**104 Ironwood Court**
**Milford, PA 18337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **142 Watts Street Cresting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Arsenal Scaffold Inc.**
**95 Jersey Street**
**West Babylon, NY 11704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **168 Plymouth Street**
**Scaffolding**

Is the claim subject to offset? ■ No ☐ Yes

**$36,000.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Arsenal Scaffold Inc.**
**95 Jersey Street**
**West Babylon, NY 11704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **142 Watts Street**
**Scaffolding**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Atlas Acon Electric**
**283 Hudson Street**
**New York, NY 10013**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1270 Avenue of the Americas**
**Electrical**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**AXOS Designs Inc**
**2635 1st Street**
**Astoria, NY 11102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **142 Watts Street**
**Axos**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**BAB Communications Inc.**
**2211 Ocean Avenue**
**Brooklyn, NY 11229**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **142 Watts Street**
**Security and Communications**

Is the claim subject to offset? ■ No ☐ Yes

**$1,563.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Belvedere Fireplace & Chi**
**195-N Central Avenue East**
**Farmingdale, NY 11735**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **142 Watts Street**
**Fireplaces**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **RFA Frontino LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Big Apple Window Cleaning**
**P.O. Box 2752**
**New York, NY 10163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __168 Plymouth Street__
__Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brooklyn Fiber**
**68 34th Street**
**Suite B524**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __168 Plymouth Street__
__Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,836.00**

**CallAHead Corp.**
**304 Cross Bay Boulevard**
**Broad Channel, NY 11693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __168 Plymouth Street__
__Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332.00**

**CallAHead Corp.**
**304 Cross Bay Boulevard**
**Broad Channel, NY 11693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __142 Watts Street__
__Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CallAHead Corp.**
**304 Cross Bay Boulevard**
**Broad Channel, NY 11693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __McNulty__
__Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Agusto**
**2254 Cedar Avenue**
**Apt 3C**
**Bronx, NY 10468**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Personal Injury Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00**

**Castellano Korenberg & Co**
**313 West Old Country Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RFA Frontino LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,952.00** |
|---|---|---|---|

**Celtic Building Supplies**
**68 Torre Place**
**Yonkers, NY 10703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>168 Plymouth Street</u>
<u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,042.00** |
|---|---|---|---|

**Celtic Building Supplies**
**68 Torre Place**
**Yonkers, NY 10703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>142 Watts Street</u>
<u>Vender</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$380.00** |
|---|---|---|---|

**Celtic Building Supplies**
**68 Torre Place**
**Yonkers, NY 10703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>McNulty</u>
<u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Certified Lumber**
**470 Kent Avenue**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>168 Plymouth Street</u>
<u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Certified Lumber**
**470 Kent Avenue**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>McNulty</u>
<u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cesar NYC Kitchens**
**50 West 23rd Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>142 Watts Street</u>
<u>Kitchens</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Chase Visa**
**1 Chase Manhattan Plaza**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8802**

Basis for the claim:  <u>Credit card purchases</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RFA Frontino LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Checker Glass Corporation**
**5 Commerical Avenue**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street**
**Interior Glazing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$513.00** |
|---|---|---|---|

**Checker Glass Corporation**
**5 Commerical Avenue**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **142 Watts Street**
**Interior Glazing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Chutes Enterprise**
**774 Manor Road**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street**
 **Trash Chute**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cintas First Aid and Safe**
**75A Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street**
 **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517.00** |
|---|---|---|---|

**Cintas First Aid and Safe**
**75A Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **142 Watts Street**
 **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cintas First Aid and Safe**
**75A Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **McNulty**
 **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **RFA Frontino LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colony Hardware**
1049 Zerega Avenue
Bronx, NY 10462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street  Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Complete Document Solutio**
90 Broad Street
#2200
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Monthly Copies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Construction Safety Netwo**
998 Old Country Road
#401
Plainview, NY 11803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street  Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,920.00** |
|---|---|---|---|

**Construction Safety Netwo**
998 Old Country Road
#401
Plainview, NY 11803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **McNulty  Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Contractors Line and Grad**
23 Nepperhan Avenue
Elmsford, NY 10523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street  Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,790.00** |
|---|---|---|---|

**Core Mechanical**
27622 Commerce Oaks Drive
Oak Ridge North, TX 77385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street  General Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Creative Floor Solutions**
380 Larch Avenue
Bogota, NJ 07603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street  Wood Flooring**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **RFA Frontino LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,875.00 |
|---|---|---|---|
| | **Cusack Custom Wood Floori**<br>**177 Whippoorwill Road**<br>**Yorktown Heights, NY 10598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,173.00 |
|---|---|---|---|
| | **DeLage Landen Financial**<br>**111 Old Eagle School Road**<br>**Wayne, PA 19087** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Printer Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Digitech Printers**<br>**150 West 30th Street**<br>**#2**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **168 Plymouth Street**<br>**Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Digitech Printers**<br>**150 West 30th Street**<br>**#2**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **142 Watts Street**<br>**Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Digitech Printers**<br>**150 West 30th Street**<br>**#2**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **McNulty**<br>**Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,930.00 |
|---|---|---|---|
| | **Empire State Electrical**<br>**430 3rd Avenue**<br>**Brooklyn, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **168 Plymouth Street**<br>**Electrical** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,122.00 |
|---|---|---|---|
| | **Empire State Electrical**<br>**430 3rd Avenue**<br>**Brooklyn, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **142 Watts Street**<br>**Electrical** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **RFA Frontino LLC**                                         Case number (if known) _____
_____
Name

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Empire State Electrical**
**430 3rd Avenue**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **McNulty**
**Fire Alarm & ACRS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ennish Construction**
**147 W. 35th Street**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **168 Plymouth Street**
 **Wood Framing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$396,833.00** |

**Ennish Construction**
**147 W. 35th Street**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **168 Plymouth Street**
 **Carpentry**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,150.00** |

**Enobrac Plumbing Inc**
**508 Morgan Avenue**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **McNulty**
**Plumbing and Sprinkler**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Feldman Lumber**
**1281 Metropolitan Avenue**
**Brooklyn, NY 11237**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **168 Plymouth Street**
**Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Feldman Lumber**
**1281 Metropolitan Avenue**
**Brooklyn, NY 11237**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **142 Watts Street**
 **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **RFA Frontino LLC**                                                    Case number *(if known)* _____
           _____
           Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Feldman Lumber**
**1281 Metropolitan Avenue**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **McNulty Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fidel Luiz Pastrana**
**c/o Restivo & Murphy LLP**
**401 Franklin Avenue**
**Suite 107**
**Garden City, NY 11530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Injury Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,478.00** |

**G-Tech Elevator**
**12 Sherman Street**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street Converying Equiptment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Geoffrey A Lagas & Associ**
**45 Rockerfeller Plaza**
**New York, NY 10111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Geoland**
**1317 Park Avenue**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Geoland**
**1317 Park Avenue**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **McNulty Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GMC Contracting**
**226 Miller Street**
**Newark, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Streeet Demolition**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GMC Contracting**
**226 Miller Street**
**Newark, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __142 Watts Street Demotion__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GMC Contracting**
**226 Miller Street**
**Newark, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __McNulty Demolition__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GMC Contracting**
**226 Miller Street**
**Newark, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __1270 Avenue of the Americas Demolition__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gotham General Carptentry**
**933 Bruckner Boulevard**
**Bronx, NY 10459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __142 Watts Street Wood Framing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,120.00**

**Gotham General Carptentry**
**933 Bruckner Boulevard**
**Bronx, NY 10459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __McNulty Carpentry__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gotham General Carptentry**
**933 Bruckner Boulevard**
**Bronx, NY 10459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __1270 Avenue of the Americas Drywall__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **RFA Frontino LLC**                                          Case number (if known) _____
         Name

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Grato Parquet**
**104 Reade Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **168 Plymouth Street**
**Wood Flooring**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,365.00** |

**Hamilton Metalcraft**
**59 New York Avenue**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **142 Watts Street**
 **Railings, Balacony, and Bulk Steel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,992.00** |

**Henry Restoration**
**120 Lake Avenue South**
**Suite 14**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **142 Watts Street**
**Exterior Masonry**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**High Rise Fire Protection**
**144 21st Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **168 Plymouth Street**
 **Fire Alarm & ARCS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,580.00** |

**Illuminico**
**1185 6th Avenue**
**Floor 3**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **168 Plymouth Street**
 **Light Fixtures**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Infinity Painting Inc.**
**1978 Richmond Terrace**
**Suite 5**
**Staten Island, NY 10302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **168 Plymouth Street**
 **Interior Brick Painting**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Infinity Painting Inc.**
**1978 Richmond Terrace**
**Suite 5**
**Staten Island, NY 10302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _168 Plymouth Street_
_Painting_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,588.00** |
|------|------|------|------|

**Jersey Granite & Tile LLC**
**234 Boundary Road**
**#4**
**Marlboro, NJ 07746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _168 Plymouth Street_
_Stone and Tile_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,980.00** |
|------|------|------|------|

**JLM**
**11 John Street**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327.00** |
|------|------|------|------|

**JP McHale Pest**
**241 Bleakley Avenue**
**Buchanan, NY 10511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _168 Plymouth Street_
_Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**JP McHale Pest**
**241 Bleakley Avenue**
**Buchanan, NY 10511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _142 Watts Street_
_Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,646.00** |
|------|------|------|------|

**Kilroy Architectural**
**425 Austin Place**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _168 Plymouth Street_
_Factory Style Windows_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**KM Associates of NY Inc**
**158 West 29th Street**
**7th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _168 Plymouth Street_
_Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RFA Frontino LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,826.00**

**KM Associates of NY Inc**
**158 West 29th Street**
**7th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __142 Watts Street__
__Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**KM Associates of NY Inc**
**158 West 29th Street**
**7th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __McNulty__
__Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**KNS Buildling Restoration**
**59-29 55th Street**
**Flushing, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __168 Plymouth Street__
__Aluminum Facade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,148.00**

**KNS Buildling Restoration**
**59-29 55th Street**
**Flushing, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __168 Plymouth Street__
__Roofing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**L. Martone & Sons Inc**
**166 Sea Cliff Avenue**
**Glen Cove, NY 11542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,761.00**

**L.I.F. Security**
**5 Harbor Park Drive**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lake Landscape and Mason**
**339 Ronkonkoma Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __168 Plymouth Street__
__Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lake Landscape and Mason**
339 Ronkonkoma Avenue
Ronkonkoma, NY 11779

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _142 Watts Street_
_Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,840.00** |
|---|---|---|---|

**LCD Elevator Repair Inc**
690 Broadway
Massapequa, NY 11758

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LCD Elevator Repair Inc**
690 Broadway
Massapequa, NY 11758

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lion Electric Inc**
205 Route 46 West
Suite 7B
Totowa, NJ 07512

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LL Overhead Garage Doors**
31-25 45th Street
Astoria, NY 11103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _142 Watts Street_
_Garage Door_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Loading Dock, Inc.**
20 Meta Lane
Lodi, NJ 07644

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _168 Plymouth Street_
_Sliding Metal Door_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maspeth Welding**
59-30 54th Street
Maspeth, NY 11378

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _142 Watts Street_
_Structural Steel_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**Maspeth Welding Inc.**
**59-30 54th Street**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,662.00** |
|---|---|---|---|

**Maspeth Welding Inc.**
**59-30 54th Street**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maspeth Welding Inc.**
**59-30 54th Street**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,840.00** |
|---|---|---|---|

**Medley Air Inc.**
**265 McCormick Drive**
**Bohemia, NY 11716**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **142 Watts Street HVAC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,011.00** |
|---|---|---|---|

**Mercon Contracting Inc**
**1616 Mermaid Avenue**
**Brooklyn, NY 11224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Metropolis Group Inc**
**22 Cortlandt Street**
**#10**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Metropolitan Lumber & Har**
**617 11th Avenue**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **RFA Frontino LLC**
_____
Name

Case number (if known) _____

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Metropolitan Lumber & Har**
**617 11th Avenue**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael Prophete**
**c/o The Hamel Law Firm**
**11 E. 44th Street**
**Suite 1201**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal Injury Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101,816.00** |

**Mode Unlimited**
**1133 McDonald Avenue**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **168 Plymouth Street**
**Curtain Wall**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,600.00** |

**Mode Unlimited**
**1133 McDonald Avenue**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **168 Plymouth Street**
**Fiber C**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,176.00** |

**Nithun Construction Compa**
**475 McDonald Avenue**
**Suite 300A**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**NYC DOB**
**280 Broadway**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **168 Plymouth Street**
**Building Violations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**NYC DOB**
**280 Broadway**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **142 Watts Street**
**Building Violations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **RFA Frontino LLC**                                      Case number *(if known)* _____
          _____
                          Name

| | |
|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address**<br>**NYC DOB**<br>**280 Broadway**<br>**New York, NY 10007** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **McNulty Building Violations**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address**<br>**NYC DOT**<br>**55 Water Street**<br>**New York, NY 10041** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **168 Plymouth Street**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address**<br>**NYC DOT**<br>**55 Water Street**<br>**New York, NY 10041** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **142 Watts Street Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address**<br>**Oxford United Health**<br>**136-02 Roosevelt Avenue**<br>**Flushing, NY 11354** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$19,013.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Insurance Provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address**<br>**Pasenti Concrete**<br>**1407 Kings Highway**<br>**#219**<br>**Sugar Loaf, NY 10981** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$48,131.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address**<br>**Pasenti Concrete**<br>**1407 Kings Highway**<br>**#219**<br>**Sugar Loaf, NY 10981** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address**<br>**Patriot Sawcutting Inc**<br>**103 South Van Brunt Stree**<br>**Englewood, NJ 07631** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$5,720.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,402.00** |
|---|---|---|---|

**Patriot Sawcutting Inc**
**103 South Van Brunt Stree**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pella Windows & Doors**
**345 Walsh Drive**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pillinger Miller Tarallo**
**17 State Street**
**F7**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **168 Plymouth Street**
**Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Plan B Engineering LLC**
**475 Veit Road**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,950.00** |
|---|---|---|---|

**Priority NY Inc**
**1428 Midland Avenue**
**Suite 2 & 3**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **142 Watts Street**
**Carpentry**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Prudential Financial**
**1270 6th Avenue**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,625.00** |
|---|---|---|---|

**PS Industries Incorporate**
**1150 48th Street South**
**Grand Forks, ND 58201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **RFA Frontino LLC**
_____
Name

Case number *(if known)* _____

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Queens County Carting Inc**
**35-12 19th Avenue**
**Suite 3W**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Queens County Carting Inc**
**35-12 19th Avenue**
**Suite 3W**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Queens County Carting Inc**
**35-12 19th Avenue**
**Suite 3W**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ReadyRefresh**
**P.O. Box 856192**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,500.00** |

**Regulator Construction Co**
**41 Torre Place**
**Yonkers, NY 10703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ReqPay Inc**
**287 Park Avenue South**
**Suite 430**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rizzo Associates Inc**
**97 East Hawthorne Avenue**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RFA Frontino LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address

**RJS Pest**
**286 Madison Avenue**
**#502**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **168 Plymouth Street**
**Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144** | Nonpriority creditor's name and mailing address

**RJS Pest**
**286 Madison Avenue**
**#502**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **142 Watts Street**
**Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145** | Nonpriority creditor's name and mailing address

**Rock Group**
**53-28 11th Street**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **168 Plymouth Street**
**Scaffolding**

Is the claim subject to offset? ☐ No ■ Yes

**$124,774.00**

---

**3.146** | Nonpriority creditor's name and mailing address

**Rock Group**
**53-28 11th Street**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **McNulty**
**Scaffolding**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147** | Nonpriority creditor's name and mailing address

**Roof Services**
**48 West Jefryn Boulevard**
**Deer Park, NY 11729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **168 Plymouth Street**
**Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148** | Nonpriority creditor's name and mailing address

**Roof Services**
**48 West Jefryn Boulevard**
**Deer Park, NY 11729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **142 Watts Street**
**Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$29,887.00**

---

**3.149** | Nonpriority creditor's name and mailing address

**RPO Inc**
**146 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$825.00** |
|---|---|---|---|

**Saltus LLC**
**139 Fulton St**
**#804**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,504.00** |
|---|---|---|---|

**Select Interiors**
**580 5th Avenue**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Signature Cleaning Srvcs**
**231 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Site Safety LLC**
**29 West 38th Street**
**12th Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Site Safety LLC**
**29 West 38th Street**
**12th Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **168 Plymouth Street**
**Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Site Safety LLC**
**29 West 38th Street**
**12th Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **142 Watts Street**
**Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spring Scaffolding**
**49-30 31st Place**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **McNulty**
**Scaffolding**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **RFA Frontino LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Star Dash Mechanical**
**71 McArthur Avenue**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,311.00** |
|---|---|---|---|

**Stone Source**
**215 Park Avenue South**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **142 Watts Street**
**Stone and Tile**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Marin Organization**
**998 Old Country Road #401**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Marin Organization**
**998 Old Country Road #401**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Marin Organization**
**998 Old Country Road #401**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Trinity Highway Products**
**1170 North State Street**
**Girard, OH 44420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TSC Training Academy**
**36-06 43rd Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **RFA Frontino LLC**
_____
Name

Case number (if known) _____

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**UnoClean**
**150 Arrowhead Drive**
**Hampshire, IL 60140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **168 Plymouth Street**
**Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**UnoClean**
**150 Arrowhead Drive**
**Hampshire, IL 60140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **McNulty**
**Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$897.00** |
|---|---|---|---|

**Verizon**
**299 Broadway**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Vespa Stone**
**241 West 30th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **140 Broadway**
**Subcontractor Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vonage NYC**
**140 Broadway**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yenni Placencia DeJesus**
**c/o Gorayeb & Associates**
**100 William Street**
**Suite 1900**
**New York, NY 10038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Personal Injury Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zetlin & DeChiara LLP**
**801 2nd Avenue**
**16th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **RFA Frontino LLC**        Case number *(if known)* _____

      Name

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zetlin & DeChiara LLP**
**801 2nd Avenue**
**16th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

<table>
<tr><td>Part 3:</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<table>
<tr><td>Part 4:</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,155,159.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,155,159.00 |

**Fill in this information to identify the case:**

Debtor name        **RFA Frontino LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract - Debtor is General Contractor** |
| State the term remaining | **142 Watts, LLC** |
| List the contract number of any government contract | **1465 East Putnam Avenue Unit 320 Old Greenwich, CT 06870** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract - Debtor is General Contractor** |
| State the term remaining | **168 Plymouth LLC** |
| List the contract number of any government contract | **20 Jay Street #1003 Brooklyn, NY 11201** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract - Debtor is General Contractor** |
| State the term remaining | **Clinton Housing** |
| List the contract number of any government contract | **403 West 40th Street New York, NY 10018** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Printer/Copier** |
| State the term remaining | **5 Years** |
| List the contract number of any government contract | **DeLage Landen Financial 111 Old Eagle School Road Wayne, PA 19087** |

| Debtor 1 | **RFA Frontino LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name        Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract - Debtor is General Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Tishman Speyer Properties** |
| | List the contract number of any government contract | | **45 Rockerfeller Plaza** |
| | | | **New York, NY 10111** |

**Fill in this information to identify the case:**

Debtor name **RFA Frontino LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anthony Frontino** | **2524 Westlake Avenue** <br> **Oceanside, NY 11572** | **JPMorgan Chase Bank** | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **RFA Hudson Inc.** | **350 National Blvd.** <br> **Suite 2B** <br> **Long Beach, NY 11561** | **JPMorgan Chase Bank** | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Richard Aguggia** | **67 Kirkwood Street** <br> **Long Beach, NY 11561** | **JPMorgan Chase Bank** | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re   **RFA Frontino LLC** _____   Case No. _____

_____
Debtor(s)   Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 23, 2020** | **/s/ Scott A. Steinberg, Esq.** |
| _Date_ | **Scott A. Steinberg, Esq. 1838218** |
| | _Signature of Attorney_ |
| | **Meltzer, Lippe, Goldstein & Breitstone, LLP** |
| | **190 Willis Avenue** |
| | **Mineola, NY 11501** |
| | **516-747-0300  Fax: 516-747-0653** |
| | **ssteinberg@meltzerlippe.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Eastern District of New York

In re    __RFA Frontino LLC__                                      Case No. _____

                                          Debtor(s)             Chapter    __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony Frontino**<br>**2524 Westlake Avenue**<br>**Oceanside, NY 11572** | | **50%** | **Membership** |
| **Richard Aguggia**<br>**67 Kirkwood Street**<br>**Long Beach, NY 11561** | | **50%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __December 23, 2020__                   Signature    **/s/ Anthony Frontino**

                                                                    **Anthony Frontino**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re   **RFA Frontino LLC**                                        Case No. _____

                                                     Debtor(s)      Chapter    **11**_____

## <u>VERIFICATION OF CREDITOR MATRIX</u>

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **December 23, 2020**_____      **/s/ Anthony Frontino**_____

                                                     **Anthony Frontino/Vice President**
                                                     Signer/Title

Date:    **December 23, 2020**_____      **/s/ Scott A. Steinberg, Esq.**_____

                                                       Signature of Attorney
                                                     **Scott A. Steinberg, Esq. 1838218**
                                                     **Meltzer, Lippe, Goldstein & Breitstone, LLP**
                                                     **190 Willis Avenue**
                                                   **Mineola, NY 11501**
                                                   **516-747-0300   Fax: 516-747-0653**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

1-800 Mr. Rubbish
1033 86th Street
Brooklyn, NY 11228


142 Watts, LLC
1465 East Putnam Avenue
Unit 320
Old Greenwich, CT 06870


168 Plymouth LLC
20 Jay Street
#1003
Brooklyn, NY 11201


A Plus Plumbing Corp.
141 Seaview Avenue
Staten Island, NY 10304


A&S Steel Contractors Ltd
387 Saw Mill River Road
Yonkers, NY 10701


Able Fire Prevention Corp
241 West 26th Street
2nd Floor
New York, NY 10001


ACON Construction Inc
28-90 Review Avenue
Long Island City, NY 11101


Adler Windows
350 7th Avenue
#1103
New York, NY 10001


ADP
40 West 25th Street
New York, NY 10010


AFS / IBEX
750 N Saint Paul St.
Suite 1500
Dallas, TX 75201-3210

Air Exchange and Energy
169 Oakdene Avenue
Leonia, NJ 07605


Aircraft Air Conditioning
237 58th Street
Brooklyn, NY 11220


American Elite Constructi
120 Lave Avenue South
Suite 21
Nesconset, NY 11767


American Express
WFC
200 Vesey Street
New York, NY 10285


American Spray-On Corp
5 Hanover Square
New York, NY 10004


Ameriscan GPR
12-11 38th Avenue
Long Island City, NY 11101


Anthony Frontino
2524 Westlake Avenue
Oceanside, NY 11572


Architectual Iron Company
104 Ironwood Court
Milford, PA 18337


Arsenal Scaffold Inc.
95 Jersey Street
West Babylon, NY 11704


Atlas Acon Electric
283 Hudson Street
New York, NY 10013


AXOS Designs Inc
2635 1st Street
Astoria, NY 11102

BAB Communications Inc.
2211 Ocean Avenue
Brooklyn, NY 11229


Belvedere Fireplace & Chi
195-N Central Avenue East
Farmingdale, NY 11735


Big Apple Window Cleaning
P.O. Box 2752
New York, NY 10163


Brooklyn Fiber
68 34th Street
Suite B524
Brooklyn, NY 11232


CallAHead Corp.
304 Cross Bay Boulevard
Broad Channel, NY 11693


Carlos Agusto
2254 Cedar Avenue
Apt 3C
Bronx, NY 10468


Castellano Korenberg & Co
313 West Old Country Road
Hicksville, NY 11801


Celtic Building Supplies
68 Torre Place
Yonkers, NY 10703


Certified Lumber
470 Kent Avenue
Brooklyn, NY 11249


Cesar NYC Kitchens
50 West 23rd Street
New York, NY 10010


Chase Visa
1 Chase Manhattan Plaza
New York, NY 10005

Checker Glass Corporation
5 Commerical Avenue
Garden City, NY 11530


Chutes Enterprise
774 Manor Road
Staten Island, NY 10314


Cintas First Aid and Safe
75A Bloomingdale Road
Hicksville, NY 11801


Clinton Housing
403 West 40th Street
New York, NY 10018


Colony Hardware
1049 Zerega Avenue
Bronx, NY 10462


Complete Document Solutio
90 Broad Street
#2200
New York, NY 10004


Construction Safety Netwo
998 Old Country Road
#401
Plainview, NY 11803


Contractors Line and Grad
23 Nepperhan Avenue
Elmsford, NY 10523


Core Mechanical
27622 Commerce Oaks Drive
Oak Ridge North, TX 77385


Creative Floor Solutions
380 Larch Avenue
Bogota, NJ 07603


Cusack Custom Wood Floori
177 Whippoorwill Road
Yorktown Heights, NY 10598

DeLage Landen Financial
111 Old Eagle School Road
Wayne, PA 19087


Digitech Printers
150 West 30th Street
#2
New York, NY 10001


Empire State Electrical
430 3rd Avenue
Brooklyn, NY 11215


Ennish Construction
147 W. 35th Street
New York, NY 10001


Enobrac Plumbing Inc
508 Morgan Avenue
Brooklyn, NY 11222


Feldman Lumber
1281 Metropolitan Avenue
Brooklyn, NY 11237


Fidel Luiz Pastrana
c/o Restivo & Murphy LLP
401 Franklin Avenue
Suite 107
Garden City, NY 11530


G-Tech Elevator
12 Sherman Street
Linden, NJ 07036


Geoffrey A Lagas & Associ
45 Rockerfeller Plaza
New York, NY 10111


Geoland
1317 Park Avenue
New Hyde Park, NY 11040

GMC Contracting
226 Miller Street
Newark, NJ 07114


Gotham General Carptentry
933 Bruckner Boulevard
Bronx, NY 10459


Grato Parquet
104 Reade Street
New York, NY 10013


Hamilton Metalcraft
59 New York Avenue
Westbury, NY 11590


Henry Restoration
120 Lake Avenue South
Suite 14
Nesconset, NY 11767


High Rise Fire Protection
144 21st Street
Brooklyn, NY 11232


Illuminico
1185 6th Avenue
Floor 3
New York, NY 10036


Infinity Painting Inc.
1978 Richmond Terrace
Suite 5
Staten Island, NY 10302


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS
290 Broadway
New York, NY 10007

Jersey Granite & Tile LLC
234 Boundary Road
#4
Marlboro, NJ 07746


JLM
11 John Street
New York, NY 10038


JP McHale Pest
241 Bleakley Avenue
Buchanan, NY 10511


JPMorgan Chase Bank
82 Seventh Street
Garden City, NY 11530


Kilroy Architectural
425 Austin Place
Bronx, NY 10455


KM Associates of NY Inc
158 West 29th Street
7th Floor
New York, NY 10001


KNS Buildling Restoration
59-29 55th Street
Flushing, NY 11378


L. Martone & Sons Inc
166 Sea Cliff Avenue
Glen Cove, NY 11542


L.I.F. Security
5 Harbor Park Drive
Port Washington, NY 11050


Lake Landscape and Mason
339 Ronkonkoma Avenue
Ronkonkoma, NY 11779


LCD Elevator Repair Inc
690 Broadway
Massapequa, NY 11758

Lion Electric Inc
205 Route 46 West
Suite 7B
Totowa, NJ 07512


LL Overhead Garage Doors
31-25 45th Street
Astoria, NY 11103


Loading Dock, Inc.
20 Meta Lane
Lodi, NJ 07644


Maspeth Welding
59-30 54th Street
Maspeth, NY 11378


Maspeth Welding Inc.
59-30 54th Street
Maspeth, NY 11378


Medley Air Inc.
265 McCormick Drive
Bohemia, NY 11716


Meltzer Lippe
190 Willis Avenue
Mineola, NY 11501


Mercon Contracting Inc
1616 Mermaid Avenue
Brooklyn, NY 11224


Metropolis Group Inc
22 Cortlandt Street
#10
New York, NY 10007


Metropolitan Lumber & Har
617 11th Avenue
New York, NY 10036

Michael Prophete
c/o The Hamel Law Firm
11 E. 44th Street
Suite 1201
New York, NY 10017

Mode Unlimited
1133 McDonald Avenue
Brooklyn, NY 11230

Nithun Construction Compa
475 McDonald Avenue
Suite 300A
Brooklyn, NY 11218

NYC DOB
280 Broadway
New York, NY 10007

NYC DOT
55 Water Street
New York, NY 10041

Oxford United Health
136-02 Roosevelt Avenue
Flushing, NY 11354

Pasenti Concrete
1407 Kings Highway
#219
Sugar Loaf, NY 10981

Patriot Sawcutting Inc
103 South Van Brunt Stree
Englewood, NJ 07631

Pella Windows & Doors
345 Walsh Drive
Parsippany, NJ 07054

Pillinger Miller Tarallo
17 State Street
F7
New York, NY 10004

Plan B Engineering LLC
475 Veit Road
Huntingdon Valley, PA 19006


Priority NY Inc
1428 Midland Avenue
Suite 2 & 3
Bronxville, NY 10708


Prudential Financial
1270 6th Avenue
New York, NY 10020


PS Industries Incorporate
1150 48th Street South
Grand Forks, ND 58201


Queens County Carting Inc
35-12 19th Avenue
Suite 3W
Astoria, NY 11105


ReadyRefresh
P.O. Box 856192
Louisville, KY 40285


Regulator Construction Co
41 Torre Place
Yonkers, NY 10703


ReqPay Inc
287 Park Avenue South
Suite 430
New York, NY 10010


RFA Hudson Inc.
350 National Blvd.
Suite 2B
Long Beach, NY 11561


Richard Aguggia
67 Kirkwood Street
Long Beach, NY 11561

Rizzo Associates Inc
97 East Hawthorne Avenue
Valley Stream, NY 11580


RJS Pest
286 Madison Avenue
#502
New York, NY 10017


Rock Group
53-28 11th Street
Long Island City, NY 11101


Roof Services
48 West Jefryn Boulevard
Deer Park, NY 11729


RPO Inc
146 West 29th Street
New York, NY 10001


Saltus LLC
139 Fulton St
#804
New York, NY 10038


SBA
26 Federal Plaza
#1300
New York, NY 10278


Securities & Exchange
Northeast Regional Office
Woolworth Building
233 Broadway
New York, NY 10279


Select Interiors
580 5th Avenue
New York, NY 10036


Signature Cleaning Srvcs
231 West 29th Street
New York, NY 10001

Site Safety LLC
29 West 38th Street
12th Floor
New York, NY 10018


Spring Scaffolding
49-30 31st Place
Long Island City, NY 11101


Star Dash Mechanical
71 McArthur Avenue
Staten Island, NY 10312


Stone Source
215 Park Avenue South
New York, NY 10003


The Marin Organization
998 Old Country Road #401
Plainview, NY 11803


The United States Trustee
Long Island
Federal Plaza Courthouse
560 Federal Plaza
Central Islip, NY 11722


Tishman Speyer Properties
45 Rockerfeller Plaza
New York, NY 10111


Trinity Highway Products
1170 North State Street
Girard, OH 44420


TSC Training Academy
36-06 43rd Avenue
Long Island City, NY 11101


UnoClean
150 Arrowhead Drive
Hampshire, IL 60140

Verizon
299 Broadway
New York, NY 10007

Vespa Stone
241 West 30th Street
New York, NY 10001

Vonage NYC
140 Broadway
New York, NY 10006

Yenni Placencia DeJesus
c/o Gorayeb & Associates
100 William Street
Suite 1900
New York, NY 10038

Zetlin & DeChiara LLP
801 2nd Avenue
16th Floor
New York, NY 10017

# United States Bankruptcy Court
### Eastern District of New York

In re   __RFA Frontino LLC__ _____

Debtor(s)

Case No. _____

Chapter   __11__ _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __RFA Frontino LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 23, 2020__ _____

Date

__/s/ Scott A. Steinberg, Esq.__ _____

__Scott A. Steinberg, Esq. 1838218__

Signature of Attorney or Litigant

Counsel for   __RFA Frontino LLC__ _____

__Meltzer, Lippe, Goldstein & Breitstone, LLP__

__190 Willis Avenue__
__Mineola, NY 11501__
__516-747-0300 Fax:516-747-0653__
__ssteinberg@meltzerlippe.com__

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  RFA Frontino LLC                                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Scott A. Steinberg, Esq.** | _____ |
| **Scott A. Steinberg, Esq. 1838218** | |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| **Meltzer, Lippe, Goldstein & Breitstone, LLP** | |
| **190 Willis Avenue** | _____ |
| **Mineola, NY 11501** | |
| **516-747-0300 Fax:516-747-0653** | Signature of Pro Se Joint Debtor/Petitioner |
| | _____ |
| | Mailing Address of Debtor/Petitioner |
| | _____ |
| | City, State, Zip Code |
| | _____ |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

## United States Bankruptcy Court
### Eastern District of New York

In re   **RFA Frontino LLC** _____   Case No. _____

                              Debtor(s)   Chapter   **11** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Anthony Frontino**, declare under penalty of perjury that I am the **Vice President** of **RFA Frontino LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23** day of **December**, 2020 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Anthony Frontino**, **Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Anthony Frontino**, **Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Anthony Frontino**, **Vice President** of this Corporation is authorized and directed to employ **Scott A. Steinberg, Esq. 1838218**, attorney and the law firm of **Meltzer, Lippe, Goldstein & Breitstone, LLP** to represent the corporation in such bankruptcy case."

Date   12/23/2020 _____   Signed   **/s/ Anthony Frontino** _____
                                                                   **Anthony Frontino**

Resolution of Board of Directors
of
**RFA Frontino LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Anthony Frontino, Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Anthony Frontino, Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Anthony Frontino, Vice President** of this Corporation is authorized and directed to employ **Scott A. Steinberg, Esq. 1838218**, attorney and the law firm of **Meltzer, Lippe, Goldstein & Breitstone, LLP** to represent the corporation in such bankruptcy case.

Date  12/23/2020                          Signed  **/s/ Anthony Frontino**
                                                  **Anthony Frontino**

Date  12/23/2020                          Signed  **/s/ Richard Aguggia**
                                                  **Richard Aguggia**